JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/25/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON WIRELESS SERVICES, LLC, <br><br> Defendant. | Case No. 2:15-cv-09877-JFW (GJSx) <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 25th day of May, 2016.

_____
The Honorable John F. Walter
United States District Judge

Order to Dismiss - 1